**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NEFF HOLDINGS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-12607(SCC) |
| In re: <br><br> NEFF CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-12610(SCC) |
| In re: <br><br> NEFF FINANCE CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-12613(SCC) |
| In re: <br><br> NEFF HOLDINGS CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-12609(SCC) |
| In re: <br><br> NEFF RENTAL, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-12612(SCC) |

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| NEFF RENTAL LLC, | ) |
|  | ) Case No. 10-12611(SCC) |
|  | ) |
| Debtor. | ) |
|  | ) |

**ORDER DIRECTING JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively the "Debtors") for entry of an order (this "Order") directing joint administration of their related chapter 11 cases, all as more fully set forth in the Motion; and upon the Irion Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NEFF CORP., et al.,[1] | ) ) ) | Case No. 10-12610(SCC) |
|  | ) ) | Jointly Administered |
| Debtors. | ) ) |  |

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Neff Corp., Neff Finance Corp., Neff Holdings Corp., Neff Holdings LLC, Neff Rental, Inc., and Neff Rental LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-12610(SCC).

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

6. The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neff Holdings LLC (0571); Neff Corp. (6400); Neff Finance Corp. (3639); Neff Holdings Corp. (0431); Neff Rental, Inc. (0403); and Neff Rental LLC (3649). The location of the Debtors' corporate headquarters and the service address for all the Debtors except Neff Holdings LLC is: 3750 N.W. 87th Ave., Suite 400, Miami, Florida 33178. The service address for Neff Holdings LLC is: 375 Park Avenue, New York, New York 10152.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York                      /s/Shelley C. Chapman
Date: <u>May 17</u>, 2010                         United States Bankruptcy Judge